**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREENWORKSUS,** | Case No.: 13-CV-1375 YGR |
| **Plaintiff,** | **ORDER STAYING CASE** |
| vs. | |
| **SAFE STEP WALK-IN TUB CO.**, *et al.*, | |
| **Defendants.** | |

On May 28, 2013, Defendants Safe Step Walk-In Tub Co. and Michael Duffer filed a motion to stay the above-captioned case, pending the Middle District of Tennessee's resolution of a motion to compel arbitration that Defendants filed in that court. (Dkt. No. 15.) Pursuant to this Court's Civil Local Rule 7-3, Plaintiff GreenworksUS was required to file either an opposition brief or a notice of nonopposition by June 11, 2013. Plaintiff filed neither.

Accordingly, the motion being unopposed, and good cause appearing, the Court **GRANTS** Defendants' motion. This action is **STAYED** in its entirety pending the Middle District of Tennessee's resolution of the Motion to Compel Arbitration within that District. Defendants' time to respond to the Complaint filed in this action is **EXTENDED** until set by further order of this Court. Plaintiff is hereby **ORDERED** to notify this Court of the Middle District of Tennessee's ruling no more than ten (10) business days after that ruling issues. Plaintiff shall comply by electronically filing a notice that includes a true and complete copy of the Middle District's ruling.

The motion hearing set for August 13, 2013 is **VACATED**.

This Order terminates Docket No. 15.

**IT IS SO ORDERED**.

**July 12, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**