# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREENWORKSUS,** | Case No.: 13-CV-1375 YGR |
| Plaintiff, | **ORDER VACATING COMPLIANCE HEARING** |
| vs. | |
| **SAFE STEP WALK-IN TUB CO.,** *et al.*, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On August 29, 2013, Plaintiff filed a Compliance Statement representing that he had complied with the requirements set forth in this Court's Order of August 20, 2013. Dkt. Nos. 23 (Aug. 20 Order), 24 (compliance statement). The Court is satisfied with Plaintiff's statement of compliance and, accordingly, **VACATES** the compliance hearing set for September 6, 2013, at 9:01 a.m.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**