# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREENWORKSUS,** | Case No.: 13-CV-1375 YGR |
| **Plaintiff,** | **ORDER SETTING STATUS UPDATE HEARING** |
| vs. | |
| **SAFE STEP WALK-IN TUB CO.,** *et al.*, | |
| **Defendants.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court now **SETS** this matter for a Status Update hearing on the Court's 9:01 am Calendar on **Friday, February 28, 2014**, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least five (5) business days prior to the date of the Status Update hearing, the parties shall file a joint statement informing the court of the status of the parallel proceedings giving rise to the instant stay of case. If the parties do so timely, the Status Update hearing will be continued for six months and the process shall repeat with the filing of a joint statement five (5) business days prior.

If at any time the referenced parallel proceedings are concluded, the parties must so inform this Court within ten (10) business days and request through an administrative motion that the compliance hearing be advanced.

Failure to comply may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**