United States District Court
Northern District of California

1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                          **NORTHERN DISTRICT OF CALIFORNIA**

7

8

9

10   **GREENWORKSUS,**                          **Case No.: 13-CV-1375 YGR**

11          **Plaintiff,**                      **ORDER CONTINUING STATUS HEARING**

12          **vs.**

13   **SAFE STEP WALK-IN TUB CO.,** *et al.*,

14          **Defendants.**

15

16          In light of the parties' joint status report of May 14, 2014 (Dkt. No. 31), the Court

17   **CONTINUES** the status hearing set for May 30, 2014, to the Court's 9:01 a.m. calendar on **Friday,**

18   **August 29, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in

19   Oakland, California.  The parties shall submit a further joint status report by the earlier of either (1)

20   August 22, 2014, or (2) the third business day after the Middle District of Tennessee resolves the

21   motion to compel arbitration now pending in that court.  If the Middle District of Tennessee denies

22   the motion to compel arbitration, the parties' joint status report shall request a case management

23   conference before this Court.

24          **IT IS SO ORDERED**.

25

26   Date:  May 20, 2014                         _____

27                                               **YVONNE GONZALEZ ROGERS**
                                                 **UNITED STATES DISTRICT COURT JUDGE**

28