United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREENWORKSUS,** | Case No.: 13-CV-1375 YGR |
| **Plaintiff,** | **ORDER CONTINUING STATUS HEARING** |
| v. | |
| **SAFE STEP WALK-IN TUB CO.,** *et al.*, | |
| **Defendants.** | |

In light of the parties' joint status report of August 21, 2014 (Dkt. No. 33), the Court **CONTINUES** the status hearing set for August 29, 2014, to the Court's 9:01 a.m. calendar on **Friday, November 21, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. The parties shall submit a further joint status report by the earlier of either (1) November 14, 2014, or (2) the third business day after the Middle District of Tennessee resolves the motion to compel arbitration now pending in that court. If the Middle District of Tennessee denies the motion to compel arbitration, the parties' joint status report shall request a case management conference before this Court.

**IT IS SO ORDERED**.

Date: August __25__, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**