**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREENWORKSUS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**SAFE STEP WALK-IN TUB CO.**, *et al.*,<br><br>    **Defendants.** | **Case No.: 13-CV-1375 YGR**<br><br>**ORDER CONTINUING STATUS HEARING** |

In light of the parties' joint status report of November 13, 2014 (Dkt. No. 35), the Court **CONTINUES** the status hearing set for November 21, 2014, to the Court's 9:01 a.m. calendar on **Friday, February 27, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  The parties shall submit a further joint status report by the earlier of either (1) February 23, 2015, or (2) the fifth business day after the Middle District of Tennessee resolves the motion to compel arbitration now pending in that court.  If the Middle District of Tennessee denies the motion to compel arbitration, the parties' joint status report shall request a case management conference before this Court.

**IT IS SO ORDERED**.

Date:  November 19, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**