**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREENWORKSUS,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**SAFE STEP WALK-IN TUB CO.**, *et al.*,<br><br>　　　　**Defendants.** | **Case No.: 13-CV-1375 YGR**<br><br>**ORDER CONTINUING STATUS HEARING** |

In light of the parties' joint status report of February 20, 2015 (Dkt. No. 37), the Court **CONTINUES** the status hearing set for February 27, 2015, to the Court's 9:01 a.m. calendar on **Friday, June 5, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. The parties shall submit a further joint status report by the earlier of either (1) **May 25, 2015**, or (2) the fifth business day after the Middle District of Tennessee resolves the motion to compel arbitration now pending in that court. If the Middle District of Tennessee denies the motion to compel arbitration, the parties' joint status report shall request a case management conference before this Court.

　　**IT IS SO ORDERED**.

Date:  February 24, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**